STATE OF MINNESOTA

IN SUPREME COURT

A15-0682



FILED

December 8, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Pamela L. Green, a Minnesota Attorney,
Registration No. 0037369.

ORDER

The Director of the Office of Lawyers Professional Responsibility filed an amended and supplementary petition for disciplinary action alleging that respondent Pamela L. Green committed professional misconduct warranting public discipline—namely, being convicted of felony mail fraud after misappropriating a vulnerable client's funds and entering into an improper and unfair business transaction with that same vulnerable client. *See* Minn. R. Prof. Conduct 1.7(a)(2), 1.7(b)(4), 1.8(a), 8.4(b)-8.4(c).

Green and the Director have entered into a stipulation for discipline. In it, Green withdraws an answer she previously filed, unconditionally admits the allegations in the amended and supplementary petition for disciplinary action, and waives her procedural rights under Rule 14, Rules on Lawyers Professional Responsibility (RLPR). The parties jointly recommend that the appropriate discipline is disbarment.

This court has independently reviewed the file and approves the jointly recommended disposition.

Based upon all the files, records, and proceedings herein,

1

IT IS HEREBY ORDERED THAT:

1. Respondent Pamela L. Green is disbarred, effective as of the date of this order.

2. Respondent shall comply with Rule 26, RLPR (requiring notice of disbarment to clients, opposing counsel, and tribunals).

3. Respondent shall pay $900 in costs pursuant to Rule 24, RLPR.

Dated: December 8, 2016      BY THE COURT:

David R. Stras
Associate Justice